# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TAMMY L. MURRAY**, | Case No. 3:13-CV-2208-SI |
| Plaintiff, | **ORDER** |
| v. | |
| **DONALD J. MURRAY**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

    Plaintiff filed this action *pro se* on December 16, 2013. Defendant filed his answer on January 28, 2014 (Dkt. 7) and on February 9, 2014, Plaintiff filed a motion requesting the Court dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. 9). Plaintiff's motion to dismiss is GRANTED. This case is dismissed without prejudice.

    **IT IS SO ORDERED.**

    DATED this 24th day of February, 2014.

                                      /s/ Michael H. Simon
                                      Michael H. Simon
                                      United States District Judge